UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WAYNE BECK

VERSUS

STATE FARM INSURANCE COMPANY,
A.K.A., STATE FARM FIRE AND
CASUALTY INSURANCE COMPANY

CIVIL ACTION

NO. 10-690-BAJ-DLD

### ORDER

The court sua sponte notes the insufficiency of the defendant's allegations with respect to the amount in controversy.

The jurisdictional amount in controversy is determined by the value of the underlying claim, which is unclear based on the facts alleged. See, Hartford Ins. Group v. Lou-Con, Inc., 293 F.3d 908 (5th Cir. 2002); Lee v. Empire Ins., et al, 2009 WL 2160437 (E.D. La. 2009). Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **December 27, 2010**, the defendant shall file an amended notice of removal setting forth all particulars required to sustain diversity jurisdiction. Failure to timely comply with this order may result in sanctions being imposed upon counsel.

Signed in Baton Rouge, Louisiana, on December ___6___, 2010.

_____
MAGISTRATE JUDGE DOCIA L. DALBY